THE PEOPLES TRUST COMPANY, as Trustee, Appellant, v. LONG BEACH WATER COMPANY, Appellant, Impleaded with ESTATES OF LONG BEACH and Others, Respondents. ARTHUR L. HURLEY, as Receiver of the LONG BEACH WATER COMPANY, Appellant.— Order, in so far as it denies the receiver's motion to be put in possession of the water plant at Long Beach, affirmed, with leave to renew in the event that the city of Long Beach fails to file the security required by section 23 of the Condemnation Law, as specified in the decision in the condemnation proceeding (*City of Long Beach* v. *Long Beach Water Co.*, *ante*, p. 902), decided herewith. The remaining provisions of the order appealed from are reversed on the law and the facts. As thus modified the order is affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur. Settle order on notice.

SAMUEL COHEN, Suing for Himself and All Others Similarly Situated, Respondent, v. ARTHUR L. HURLEY, as Receiver of LONG BEACH WATER COMPANY, and Others, Appellants.— Order granting injunction pending the action modified by providing solely that defendants be enjoined from shutting off service of water to consumers at the city of Long Beach; and thus modified unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

E. CHASE CROWLEY, Appellant, v. JOSEPH H. LEWIS, JR., and Others, Respondents.— Order dismissing complaint as to defendants not named in the contract executed under seal, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

JOHN A. DAMIANO, Appellant, v. ANNA DAMIANO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THOMAS H. DAUCH, Appellant, v. ARTHUR O. THEED, Respondent.— Judgment and order reversed on the law, and new trial granted, with costs to abide the event, on authority of *Dauch* v. *Theed* [*ante*, p. 682], decided herewith. Rich, Jaycox and Manning, JJ., concur; Kelly, P. J. and Kapper, J., dissent.

ELSIE W. FERGUSON, Respondent, v. WILLIAM JOHN BUCKLEY, Appellant.— Order striking out the first and second separate defenses contained in defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

IDA H. FISCHER, as Executrix of MAXIMILIAN H. FISCHER, Deceased, Appellant, v. AMERICAN TUBE AND STAMPING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

ROSE RECIO GARCIA, Respondent, v. PILOT BUILDING CORPORATION, Appellant. — Judgment unanimously affirmed on reargument, with costs. No opinion. [See *ante*, p. 889.] Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.